# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOLAB INC. and ECOLAB USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER LLC, <br><br> Defendant. | C.A. No. 23-519-GBW-SRF |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendant Reckitt Benckiser LLC ("Reckitt") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matter:

- Reckitt seeks leave of this Court to depose one of the inventors of the patents-in-suit, Michael Besse, at least 10 days in advance of Reckitt's deadline to file its responsive claim construction brief in this case, which is June 14, 2024. This early deposition is necessary because during prosecution Mr. Besse submitted three declarations concerning experiments Ecolab conducted that Mr. Besse asserted distinguished the claimed invention from the prior art. These assertions go directly to one or more claim construction issues that will be before the Court. Reckitt attempted to obtain any necessary discovery through other discovery devices, but Ecolab informed Reckitt that there are no non-privileged documents concerning those experiments or Mr. Besse's declarations.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on April 2, 2024:

**Delaware Counsel:**

- Andrew L. Brown (for Ecolab)

- Pilar G. Kraman (for Reckitt)

**Lead Counsel:**

- W. Bryan Farney (for Ecolab)

- Douglas J. Nash (for Reckitt)

The Parties are available for a teleconference on the following dates: May 1, May 2, or May 3.

| | |
|---|---|
| Dated: April 10, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Pilar G. Kraman* |
| | Pilar G. Kraman (No. 5199) |
| | Robert M. Vrana (No. 5666) |
| | Jennifer P. Siew (No. 7114) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 576-3586 |
| | pkraman@ycst.com |
| | rvrana@ycst.com |
| | jsiew@ycst.com |
| | |
| | *Of Counsel:* |
| | |
| | BARCLAY DAMON LLP |
| | Douglas J. Nash |
| | John D. Cook |
| | Genevieve M. Halpenny (No. 6738) |
| | Barclay Damon Tower |
| | 125 East Jefferson Street |
| | Syracuse, New York 13202 |
| | (315) 425-2700 |
| | dnash@barclaydamon.com |
| | jcook@barclaydamon.com |
| | ghalpenny@barclaydamon.com |
| | |
| | Naresh Kannan |
| | 80 State Street |
| | Albany, New York 12207 |
| | (518) 429-4200 |
| | nkannan@barclaydamon.com |
| | |
| | *Attorneys for Defendant Reckitt Benckiser LLC* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Bindu Ann George Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
bpalapura@potteranderson.com
abrown@potteranderson.com

Jennifer Towle
DICKINSON WRIGHT PLLC
607 W. 3rd Street
Suite 2500
Austin, TX 78701
jtowle@dickinsonwright.com

W. Bryan Farney
Cassandra Klingman
Caryn Cross
FARNEY PC
1008 S. Main Street
Georgetown, TX 78626
bfarney@farneypc.com
cklingman@farneypc.com
ccross@farneypc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 576-3586
pkraman@ycst.com
rvrana@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Reckitt Benckiser LLC*