# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOLAB INC. and ECOLAB USA INC., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RECKITT BENCKISER LLC, ) <br> ) <br> Defendant. ) | C.A. No. 23-519-GBW-SRF <br><br> **JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 8 of the Court's Scheduling Order (D.I. 18), Plaintiffs Ecolab Inc. and Ecolab USA Inc. ("Ecolab") and Defendant Reckitt Benckiser, LLC ("Reckitt") hereby submit this Joint Claim Construction Chart for U.S. Patent Nos. 8,138,138 (the "'138 Patent") and 8,389,464 (the "'464 Patent"). The Joint Claim Construction Chart is submitted as Exhibit A hereto.

Attached hereto as Exhibit B is a copy of the '138 Patent.

Attached hereto as Exhibit C is a copy of the '464 Patent.

Attached hereto as Exhibit D are excerpts from the intrinsic record of the '138 Patent and '464 Patent referred to in the parties' citations.

| POTTER ANDERSON & CORROON LLP | YOUNG CONWAY STARGATT & TAYLOR LLP |
|---|---|
| By: */s/ Andrew L. Brown*<br>Bindu A. Palapura (#5730)<br>Andrew L. Brown (#6766)<br>Malisa C. Dang (#7187)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br>mdang@potteranderson.com | By: */s/ Jennifer P. Siew*<br>Pilar G. Kraman (No. 5199)<br>Robert M. Vrana (No. 5666)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 576-3586<br>pkraman@ycst.com<br>rvrana@ycst.com<br>jsiew@ycst.com |
| OF COUNSEL: | OF COUNSEL: |
| W. Bryan Farney<br>Caryn Cross<br>Cassandra Klingman<br>FARNEY PC<br>1008 S. Main Street<br>Georgetown, TX 78626<br>(512) 582-2810<br>bfarney@farneypc.com<br>ccross@farneypc.com<br>cklingman@farneypc.com | BARCLAY DAMON LLP<br>Douglas J. Nash<br>John D. Cook<br>Genevieve M. Halpenny (No. 6738)<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, New York 13202<br>(315) 425-2700<br>dnash@barclaydamon.com<br>jcook@barclaydamon.com<br>ghalpenny@barclaydamon.com |
| Jennifer Towle<br>DICKINSON WRIGHT PLLC<br>607 W. 3rd Street<br>Suite 2500<br>Austin, TX 78701<br>(512) 770-4232<br>jtowle@dickinson-wright.com | Naresh Kannan<br>80 State Street<br>Albany, New York 12207<br>(518) 429-4200<br>nkannan@barclaydamon.com |
| *Attorneys for Plaintiffs Ecolab Inc. and Ecolab USA, Inc.* | *Attorneys for Defendant Reckitt Benckiser LLC* |

Dated: April 26, 2024
11476974 / 21251.00001