# Exhibit A

## (Joint Claim Construction Chart)

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| 1 | "about" | "polymer having a molecular weight of . . . about [a specified number]" means a polymer having a molecular weight within the range of variation from the specified number that is customary for the measurement techniques used by the manufacturer<br><br>**Intrinsic Evidence**<br>*See, e.g.,* '138 patent at Abstract, 1:66-2:2, 2:6-13, 2:16-19, 2:28-33, 2:48-54, 3:9-31, 4:4-35, 5:41-57, 10:22-46, 16:47-17:16, 19:22-20:3, 20: Table 1, 20:34-39, 20: Table 3, 20:51-21:7, 21:38-22:67, 23:1-26, 23:Table 7 and Table 8, 23:64-66, claims 1-12, 17-18; January 4, 2008 original application for U.S. | Indefinite<br><br>**Intrinsic Evidence**<br>**Specification**: 138 Patent[4]: Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 19, line 36 to Col. 23, line 67<br>**Other**: 464 Patent: Claim 1<br>**Foreign Counterparts and File Histories**: AU 2013371371: Patent Examination Report No. 1 dated 09/14/2016, Response/Amendment dated 01/11/2017; CA 2895835: |

---

[1] To the extent that a claim term is not identified in the charts below, it is Plaintiffs' position that the claim term should be given its plain and ordinary meaning, in view of *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312-1315 (Fed. Cir. 2005) (en banc).

[2] Ecolab notes that in the parties' meet-and-confer on these constructions, and in response to a follow-up request, Reckitt has declined to provide any basis or explanation of its bare contention that certain terms in the asserted claims are "indefinite," other than to say that it may, or may not, rely in part on some portions of its earlier invalidity contentions. Ecolab's position is that this is improper, and not in compliance with the Court's Order requiring exchange of the parties' positions, as it leaves Ecolab without sufficient basis to understand the issues to be briefed. Ecolab reserves all rights in this regard, including the right to seek to supplement these intrinsic record citations, or to seek other appropriate relief.

[3] Reckitt reserves the right to proffer non-infringement and invalidity bases which are alternative to any bases for non-infringement or invalidity that may be inferred from the proposed claim constructions presented in this document. By providing these preliminary proposed constructions, Reckitt does not concede that any claim elements are not indefinite.

[4] Unless otherwise indicated, cites to the 138 Patent cover the same or similar passages in the 464 Patent.

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
|  |  | Application No. 11/969,385; August 19, 2008 Office Action in U.S. Application No. 11/969,385 at 2, 4-6; October 21, 2008 Amendment and Response in U.S. Application No. 11/969,385 at 7-10; January 30, 2009 Final Office Action in U.S. Application No. 11/969,385 at 3-6; March 25, 2009 Amendment in U.S. Application No. 11/969,385 at 8-10; April 13, 2009 Advisory Action in U.S. Application No. 11/969,385 at 2-3; June 17, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-9; September 4, 2009 Office Action in U.S. Application No. 11/969,385 at 3-8; February 4, 2010 Amendment and Response in U.S. Application No. 11/969,385 at 8-12; July 8, 2010 original application for U.S. Application No. 12/832,201; October 29, 2010 Office Action in U.S. Application No. 12/832,201 at 5-10; November 5, 2010 Information Disclosure Statement in U.S. Application No. 12/832,201 at JP 2004/204016 and JP 2000/199178; January 31, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 7-9; April 18, 2011 Office Action in in U.S. Application No. 12/832,201 at 4-9; August 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-11; August 18, 2011 Information Disclosure Statement in U.S. Application No. 12/832,201 at Acumer 2100 Copolymer, Acumer 3100 Terpolymer for Control of Boiler Sludge, and Acumer 3100 Terpolymer the Anti-Scale Deposition for "Stressed" Cooling Water Conditions; February 14, | Examiner's Report dated 03/17/2017, Response to Examiner's Report dated 06/27/2018; EP 13870378 (WO 2014/107460): Search Report/Remarks dated 07/13/2016, Response to Search Report/Remarks dated 02/01/2017; EP 08869481 (WO 2009/087540): Search Report/Remarks dated 06/29/2012, Supplementary Search Report/Remarks dated 07/17/2012, First Response to Supplementary Search Report/Remarks dated 01/11/2013, Second Response to Supplementary Search Report/Remarks dated 01/22/2013 |

**EXHIBIT A**

| **Joint Claim Construction Chart for U.S. Patent No. 8,138,138** |
|---|---|---|---|

| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1,2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
|---|---|---|---|
| | | 2012 original application for U.S. Application No. 13/372,560. | |
| All | "growth exponent" | The growth of the solid detergent composition after heated for two days, as measured by the sum of the percent change in height and diameter for a formed product, or by the percent change in the diameter for a cast product.<br><br>**Intrinsic Evidence**<br>*See, e.g.*, '138 patent at 2:2-5, 2:13-15, 2:24-27, 2:38-41, 3:38-44, 3:49-4:3, 18:9-26, 18:40-63, 19:22-23:67; claim 1; Aug. 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-11; Notice of Allowability in U.S. Application No. 12/832,201 at 2-3; Feb. 4, 2010 Amendment and Response in U.S. Application No. 11/969,385 at 8-12; Feb. 4, 2010 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; June 17, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-9; June 17, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; March 25, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-10; | "The growth of the solid detergent composition after being heated at a temperature of 120 degrees Fahrenheit.<br><br>The measured dimension or dimensions used to calculate the growth exponent depends on the shape of the solid product and the manner in which it swells. For tablets, the percentage change in both diameter and height is generally measured and added together to determine the growth exponent. For capsules, just the diameter is normally measured."[5]<br><br>**Intrinsic Evidence**<br><br>**Specification**: 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 4, line 55 to Col. 5, line 24; Col. 16, line 47 to Col. 19, line 5; Col. 19, lines 19- |

---

[5] As set forth above, Reckitt reserves the right to prove later in the case that any claim that includes this term is indefinite under any of the parties' proposed constructions.

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| | | March 25, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385. | 35; Col. 19, line 36 to Col. 23, line 67; Claims 11-13, 19 <br> **File History App. No. 11/969,385 (576 Patent):** Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued <br> **File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| **Claims at Issue** | **Claim Term/Phrase** | **Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2]** | **Defendant's Proposed Constructions and Intrinsic Evidence[3]** |
| | | | **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/603,623 (221 Patent)**: Office Action dated 07/24/2013; Amendment/Remarks dated 08/26/2013; Office Action dated 12/20/2013; Amendment/Remarks dated 02/11/2014; 221 Patent as issued **File History App. No. 14/282,800 (857 Patent)**: Office Action dated 07/09/2014; Amendment/Remarks dated 09/25/2014; Office Action dated 10/23/2014; Amendment/Remarks dated 12/22/2014; Examiner-Initiated Interview Summary of interview on 01/16/2015; Amendment/Remarks dated 02/09/2015; 857 Patent as issued **File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| | | | Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued **Foreign Counterparts and File Histories**: WO 2014/107460; CA 2895835: Examiner's Report dated 12/28/2017, Response to Examiner's Report dated 09/13/2017 |
| All | "consisting essentially of" | "A solid detergent composition consisting essentially of" means a solid detergent composition consisting of at least the ingredients listed in the claim, and any ingredients that do not result in a composition having a growth exponent of 2% or more.<br><br>**Intrinsic Evidence**<br>*See, e.g.,* '138 patent at 2:42-47, 3:49-4:3, 6:4-16:45, 16:47-17:11, 18:9-26, 19:22-23:67, claims 1, 2, 10, 12, 14; Feb. 4, 2010 Amendment and Response in U.S. Application No. 11/969,385 at 8, 9-12; Jan. 31, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 8; Aug. 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-11; Notice of Allowability in U.S. Application No. 12/832,201 at 2-3; Feb. 4, 2010 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; June 17, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-9; | Indefinite<br><br>**Intrinsic Evidence**<br><br>**Specification**: 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 5, line 40 to Col. 16, line 45; Col. 19, lines 19-35; Col. 19, line 36 to Col. 23, line 67<br>**File History App. No. 11/969,385 (576 Patent)**: Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| | | June 17, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; March 25, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-10; March 25, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385. | Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued **File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/603,623 (221 Patent)**: Office Action dated 07/24/2013; Amendment/Remarks dated 08/26/2013; Office Action dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| | | | 12/20/2013; Amendment/Remarks dated 02/11/2014; 221 Patent as issued<br><br>**File History App. No. 14/282,800 (857 Patent)**: Office Action dated 07/09/2014; Amendment/Remarks dated 09/25/2014; Office Action dated 10/23/2014; Amendment/Remarks dated 12/22/2014; Examiner-Initiated Interview Summary of interview on 01/16/2015; Amendment/Remarks dated 02/09/2015; 857 Patent as issued<br>**File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued<br>**Foreign Counterparts and File Histories**: CA 2705712: Examiner's Report dated 05/08/2014, Response to Examiner's Report dated 10/30/2014, Examination Search Report dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| **Claims at Issue** | **Claim Term/Phrase** | **Plaintiffs' Proposed Constructions and Intrinsic Evidence[1,2]** | **Defendant's Proposed Constructions and Intrinsic Evidence[3]** |
| | | | 02/26/2015; CA 2895835: Examiner's Report dated 03/17/2017, Response to Examiner's Report dated 09/13/2017; EP 08869481 (WO 2009/087540): Search Report/Remarks dated 06/29/2012, Supplementary Search Report/Remarks dated 07/17/2012, First Response to Supplementary Search Report/Remarks dated 01/11/2013, Second Response to Supplementary Search Report/Remarks dated 01/22/2013, Communication dated 4/10/2013, Response to Communication dated 02/10/2014 |
| All | Plaintiffs' proposed claim term: "at least one functional ingredient"<br><br>Defendant's proposed claim term: "consisting essentially of … at least one functional ingredient" | "at least one functional ingredient" means at least one material that provides desired functionalities to the solid detergent composition<br><br>**Intrinsic Evidence**<br>*See, e.g.*, '138 patent at 1:66-2:54, 3:32-41, 5:40-6:3, 6:4-16:45, 16:47-17:11, 19:22-23:67, claims 2, 14. | Indefinite<br><br>**Intrinsic Evidence**<br><br>**Specification**: 138 Patent: Col 1, lines 14-62; Col. 3, line 9 to Col. 4, line 35; Col. 5, line 40 to Col. 16, line 45; Col. 19, lines 19-35; Col. 19, line 36 to Col. 23, line 67<br>**File History App. No. 11/969,385 (576 Patent):** Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| **Claims at Issue** | **Claim Term/Phrase** | **Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2]** | **Defendant's Proposed Constructions and Intrinsic Evidence[3]** |
| | | | 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued **File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |

Table title: **Joint Claim Construction Chart for U.S. Patent No. 8,138,138**

| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
|---|---|---|---|
| | | | **File History App. No. 13/603,623 (221 Patent)**: Office Action dated 07/24/2013; Amendment/Remarks dated 08/26/2013; Office Action dated 12/20/2013; Amendment/Remarks dated 02/11/2014; 221 Patent as issued **File History App. No. 14/282,800 (857 Patent)**: Office Action dated 07/09/2014; Amendment/Remarks dated 09/25/2014; Office Action dated 10/23/2014; Amendment/Remarks dated 12/22/2014; Examiner-Initiated Interview Summary of interview on 01/16/2015; Amendment/Remarks dated 02/09/2015; 857 Patent as issued **File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued **Foreign Counterparts and File Histories**: CA 2705712: Examiner's |

EXHIBIT A

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| | | | Report dated 05/08/2014, Response to Examiner's Report dated 10/30/2014, Examination Search Report dated 02/26/2015; EP 08869481 (WO 2009/087540): Search Report/Remarks dated 06/29/2012, Supplementary Search Report/Remarks dated 07/17/2012, First Response to Supplementary Search Report/Remarks dated 01/11/2013, Second Response to Supplementary Search Report/Remarks dated 01/22/2013, Communication dated 4/10/2013, Response to Communication dated 02/10/2014 |
| All | Plaintiffs' proposed claim term: "water"  Defendant's proposed claim term: "consisting essentially of … water" | The term "water" has its plain and ordinary meaning consistent with *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc), which is "water."  **Intrinsic Evidence** *See, e.g.,* '138 patent at Abstract, 1:21-45, 1:66-2:5, 2:6-15, 2:16-27, 2:28-41, 2:42-47, 2:48-54, 3:9-44, 4:4-14, 4:55-5:24, 5:41-57, 6:35-53, 9:21-39, 14:7-37, 16:47-17:16, 18:64-19:2, 19:40-59, 20:Table 1, Table 2, 20:66-21:7, 21:53-22:11, 22: Table 5, 22:63-67, 23:1-10, 23:15-26, 23:Table 7, All claims; '464 patent at Abstract, 1:24-50, 2:6-11, 2:12-19, 2:20-31, 2:31-41, 2:42-47, 2:48-51, 2:52-58, 3:13-48, 4:8-18, 4:59-5:28, 5:45-61, 6:41-60, 9:26-45, 14:11-41, 16:50- | Indefinite; or, alternatively, a solid detergent composition having at least 5% water by weight.  **Intrinsic Evidence**  **Specification**: 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 4, line 55 to Col. 5, line 24; Col. 16, line 47 to Col. 19, line 5; Col. 19, line 36 to Col. 23, line 67 **File History App. No. 11/969,385 (576 Patent):** Office Action dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| **Claims at Issue** | **Claim Term/Phrase** | **Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2]** | **Defendant's Proposed Constructions and Intrinsic Evidence[3]** |
| | | 17:19, 19:1-6, 19:45-63, 20: Table 1, Table 2, 21:4-12, 21:60-22:17, 22: Table 5, 22:67-23:4, 23:8-15, 23:19-30, 23:Table 7, All claims; January 4, 2008 original application for U.S. Application No. 11/969,385; July 8, 2010 original application for U.S. Application No. 12/832,201; January 31, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 7-9; August 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-9; February 14, 2012 original application for U.S. Application No. 13/372,560. | 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued **File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of |

**EXHIBIT A**

| | | Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | |
|---|---|---|---|
| **Claims at Issue** | **Claim Term/Phrase** | **Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2]** | **Defendant's Proposed Constructions and Intrinsic Evidence[3]** |
| | | | Allowability dated 11/15/2012; Amendment dated 11/27/2012

**File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued |
| All | "the solid detergent composition is a hydrate solid" | A solid detergent composition formed at least in part through ash hydration (interaction of the sodium carbonate with the water) in the presence of the polycarboxylic acid polymer.

**Intrinsic Evidence**
*See, e.g.,* '138 patent at Abstract, 1:21-45, 1:66-2:56, 3:9-54, 17:12-25, 19:19-63, 20: Table 1, 21:39-22:11, 22: Table 5, 22:64-67, All claims; '464 patent at Abstract, 1:24-50, 2:6-51, 3:13-58, 17:15-28, 19:12-67, 20: Table 1, 21:45-22:17, 22:Table 5, 22:67-23:4, All claims; January 4, 2008 original application for U.S. Application No. 11/969,385; June 17, 2009 | A detergent composition solidified by ash hydration, not pressing a particulate mixture together.

Ash hydration in this context is where water, sodium carbonate and a polycarboxylic acid polymer interact to form a stable solid composition.

**Specification**: 138 Patent: Abstract; 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 4, line 55 to Col. 5, |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| | | Amendment and Response in U.S. Application No. 11/969,385 at 7-9; June 17, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; March 25, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-10; March 25, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; July 8, 2010 original application for U.S. Application No. 12/832,201; January 31, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 7-9; August 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-11; February 14, 2012 original application for U.S. Application No. 13/372,560. | line 24; Col. 16, line 47 to Col. 19, line 5; Col. 19, line 36 to Col. 23, line 67<br><br>**File History App. No. 11/969,385 (576 Patent):**  Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued<br>**File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| **Claims at Issue** | **Claim Term/Phrase** | **Plaintiffs' Proposed Constructions and Intrinsic Evidence[1, 2]** | **Defendant's Proposed Constructions and Intrinsic Evidence[3]** |
| | | | dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner- Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued **Foreign Counterparts and File Histories**: AU 2013371371: Patent Examination Report No. 1 dated 09/14/2016, Response/Amendment dated 01/11/2017; EP 08869481 (WO 2009/087540): Search Report/Remarks dated 06/29/2012, Supplementary Search Report/Remarks dated 07/17/2012, First Response to |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,138,138 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[1,2] | Defendant's Proposed Constructions and Intrinsic Evidence[3] |
| | | | Supplementary Search Report/Remarks dated 01/11/2013, Second Response to Supplementary Search Report/Remarks dated 01/22/2013 |

**EXHIBIT A**

| **Joint Claim Construction Chart for U.S. Patent No. 8,389,464** |
|---|---|---|---|

| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
|---|---|---|---|
| All | "growth exponent" | The growth of the solid detergent composition after heated for two days, as measured by the sum of the percent change in height and diameter for a formed product, or by the percent change in the diameter for a cast product.<br><br>**Intrinsic Evidence**<br>*See, e.g.*, '464 patent at 2:6-11, 2:16-19, 2:27-30, 2:39-41, 3:42-48, 3:53-4:7, 18:12-30, 18:44-67, 19:25-24:4; claim 1; Aug. 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-11; Notice of Allowability in U.S. Application No. 12/832,201 at 2-3; Feb. 4, 2010 Amendment and | "The growth of the solid detergent composition after being heated at a temperature of 120 degrees Fahrenheit.<br><br>The measured dimension or dimensions used to calculate the growth exponent depends on the shape of the solid product and the manner in which it swells. For tablets, the percentage change in both diameter and height is generally measured and added together to determine the growth exponent. For capsules, just the diameter is normally measured."[9] |

---

[6] To the extent that a claim term is not identified in the charts below, it is Plaintiffs' position that the claim term should be given its plain and ordinary meaning, in view of *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312-1315 (Fed. Cir. 2005) (en banc).

[7] Ecolab notes that in the parties' meet-and-confer on these constructions, and in response to a follow-up request, Reckitt has declined to provide any basis or explanation of its bare contention that certain terms in the asserted claims are "indefinite," other than to say that it may, or may not, rely in part on some portions of its earlier invalidity contentions. Ecolab's position is that this is improper, and not in compliance with the Court's Order requiring exchange of the parties' positions, as it leaves Ecolab without sufficient basis to understand the issues to be briefed. Ecolab reserves all rights in this regard, including the right to seek to supplement these intrinsic record citations, or to seek other appropriate relief.

[8] Reckitt reserves the right to proffer non-infringement and invalidity bases which are alternative to any bases for non-infringement or invalidity that may be inferred from the proposed claim constructions presented in this document. By providing these preliminary proposed constructions, Reckitt does not concede that any claim elements are not indefinite.

[9] As set forth above, Reckitt reserves the right to prove later in the case that any claim that includes this term is indefinite under any of the parties' proposed constructions.

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | Response in U.S. Application No. 11/969,385 at 8-12; Feb. 4, 2010 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; June 17, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-9; June 17, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; March 25, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-10; March 16, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; Notice of Allowability in U.S. Application No. 13/372,560 at 2. | **Intrinsic Evidence**<br><br>**Specification**: 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 4, line 55 to Col. 5, line 24; Col. 16, line 47 to Col. 19, line 5; Col. 19, lines 19-35; Col. 19, line 36 to Col. 23, line 67; Claims 11-13, 19<br>**File History App. No. 11/969,385 (576 Patent):** Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued<br>**File History App. No. 12/832,201 (138 Patent)**: Office Action dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/603,623 (221 Patent)**: Office Action dated 07/24/2013; Amendment/Remarks dated 08/26/2013; Office Action dated 12/20/2013; Amendment/Remarks dated 02/11/2014; 221 Patent as issued **File History App. No. 14/282,800 (857 Patent)**: Office Action dated 07/09/2014; Amendment/Remarks dated 09/25/2014; Office Action dated 10/23/2014; Amendment/Remarks dated 12/22/2014; Examiner-Initiated Interview Summary of interview on |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | 01/16/2015; Amendment/Remarks dated 02/09/2015; 857 Patent as issued<br><br>**File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued<br>**Foreign Counterparts and File Histories**: WO 2014/107460; CA 2895835: Examiner's Report dated 12/28/2017, Response to Examiner's Report dated 09/13/2017 |
| All | "consisting essentially of" | "A solid detergent composition consisting essentially of" means a solid detergent composition consisting of at least the ingredients listed in the claim, and any ingredients that do not result in a composition having a growth exponent of 2% or more.<br><br>**Intrinsic Evidence**<br>*See, e.g.*, '464 patent at 2:42-47, 3:53-4:7, 6:8-16:48, 16:50-17:14, 18:12-30, 19:25-24:4, claims 1, 2, 10, | Indefinite<br><br>**Intrinsic Evidence**<br><br><br>**Specification**: 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 5, |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | 12, 14; Feb. 4, 2010 Amendment and Response in U.S. Application No. 11/969,385 at 8, 9-12; Jan. 31, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 8; Aug. 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-11; Notice of Allowability in U.S. Application No. 12/832,201 at 2-3; Feb. 4, 2010 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; June 17, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-9; June 17, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; March 25, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-10; March 25, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; Notice of Allowability in U.S. Application No. 13/372,560 at 2. | line 40 to Col. 16, line 45; Col. 19, lines 19-35; Col. 19, line 36 to Col. 23, line 67 **File History App. No. 11/969,385 (576 Patent):** Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2009; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued **File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/603,623 (221 Patent)**: Office Action dated 07/24/2013; Amendment/Remarks dated 08/26/2013; Office Action dated 12/20/2013; Amendment/Remarks dated 02/11/2014; 221 Patent as issued **File History App. No. 14/282,800 (857 Patent)**: Office Action dated 07/09/2014; Amendment/Remarks dated 09/25/2014; Office Action dated 10/23/2014; Amendment/Remarks dated 12/22/2014; Examiner-Initiated Interview Summary of interview on 01/16/2015; Amendment/Remarks dated 02/09/2015; 857 Patent as issued **File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued **Foreign Counterparts and File Histories**: CA 2705712: Examiner's Report dated 05/08/2014, Response to Examiner's Report dated 10/30/2014, Examination Search Report dated 02/26/2015; CA 2895835: Examiner's Report dated 03/17/2017, Response to Examiner's Report dated 09/13/2017; EP 08869481 (WO 2009/087540): Search Report/Remarks dated 06/29/2012, Supplementary Search Report/Remarks dated 07/17/2012, First Response to Supplementary Search Report/Remarks dated 01/11/2013, Second Response to Supplementary Search Report/Remarks dated 01/22/2013, Communication dated 4/10/2013, Response to Communication dated 02/10/2014 |
| All | Plaintiffs' proposed claim term: "at least | "at least one functional ingredient" means at least one material that provides desired functionalities to the solid detergent composition | Indefinite |

**EXHIBIT A**

| 4 | | | |
|---|---|---|---|
| **Joint Claim Construction Chart for U.S. Patent No. 8,389,464** | | | |
| **Claims at Issue** | **Claim Term/Phrase** | **Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7]** | **Defendant's Proposed Constructions and Intrinsic Evidence[8]** |
| | one functional ingredient"<br><br>Defendant's proposed claim term: "consisting essentially of … at least one functional ingredient" | **Intrinsic Evidence**<br>*See, e.g.*, '464 patent at 2:6-2:58, 3:36-45, 5:45-6:7, 6:8-16:48, 16:50-17:14, 19:25-24:4, claims 1, 2, 14. | **Intrinsic Evidence**<br><br>**Specification**: 138 Patent: Col 1, lines 14-62; Col. 3, line 9 to Col. 4, line 35; Col. 5, line 40 to Col. 16, line 45; Col. 19, lines 19-35; Col. 19, line 36 to Col. 23, line 67<br>**File History App. No. 11/969,385 (576 Patent):** Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued<br>**File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/603,623 (221 Patent)**: Office Action dated 07/24/2013; Amendment/Remarks dated 08/26/2013; Office Action dated 12/20/2013; Amendment/Remarks dated 02/11/2014; 221 Patent as issued **File History App. No. 14/282,800 (857 Patent)**: Office Action dated 07/09/2014; Amendment/Remarks dated 09/25/2014; Office Action dated 10/23/2014; Amendment/Remarks dated 12/22/2014; Examiner-Initiated Interview Summary of interview on 01/16/2015; Amendment/Remarks dated 02/09/2015; 857 Patent as issued **File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued **Foreign Counterparts and File Histories**: CA 2705712: Examiner's Report dated 05/08/2014, Response to Examiner's Report dated 10/30/2014, Examination Search Report dated 02/26/2015; EP 08869481 (WO 2009/087540): Search Report/Remarks dated 06/29/2012, Supplementary Search Report/Remarks dated 07/17/2012, First Response to Supplementary Search Report/Remarks dated 01/11/2013, Second Response to Supplementary Search Report/Remarks dated 01/22/2013, Communication dated 4/10/2013, Response to Communication dated 02/10/2014 |
| All | Plaintiffs' proposed claim term: "water" | The term "water" has its plain and ordinary meaning consistent with *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc), which is "water." | Indefinite; or, alternatively, a solid detergent composition having at least 5% water by weight. |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
|  | Defendant's proposed claim term: "consisting essentially of … water" | **Intrinsic Evidence**<br>*See, e.g.,* '138 patent at Abstract, 1:21-45, 1:66-2:5, 2:6-15, 2:16-27, 2:28-41, 2:42-47, 2:48-54, 3:9-44, 4:4-14, 4:55-5:24, 5:41-57, 6:35-53, 9:21-39, 14:7-37, 16:47-17:16, 18:64-19:2, 19:40-59, 20:Table 1, Table 2, 20:66-21:7, 21:53-22:11, 22: Table 5, 22:63-67, 23:1-10, 23:15-26, 23:Table 7, All claims; '464 patent at Abstract, 1:24-50, 2:6-11, 2:12-19, 2:20-31, 2:31-41, 2:42-47, 2:48-51, 2:52-58, 3:13-48, 4:8-18, 4:59-5:28, 5:45-61, 6:41-60, 9:26-45, 14:11-41, 16:50-17:19, 19:1-6, 19:45-63, 20: Table 1, Table 2, 21:4-12, 21:60-22:17, 22: Table 5, 22:67-23:4, 23:8-15, 23:19-30, 23:Table 7, All claims; January 4, 2008 original application for U.S. Application No. 11/969,385; July 8, 2010 original application for U.S. Application No. 12/832,201; January 31, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 7-9; August 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-9; February 14, 2012 original application for U.S. Application No. 13/372,560. | **Intrinsic Evidence**<br><br>**Specification**: 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 4, line 55 to Col. 5, line 24; Col. 16, line 47 to Col. 19, line 5; Col. 19, line 36 to Col. 23, line 67<br>**File History App. No. 11/969,385 (576 Patent):** Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued<br>**File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner-Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| All | "the solid detergent composition is a hydrate solid" | A solid detergent composition formed at least in part through ash hydration (interaction of the sodium carbonate with the water) in the presence of the polycarboxylic acid polymer.<br><br>**Intrinsic Evidence**<br>*See, e.g.,* '138 patent at Abstract, 1:21-45, 1:66-2:56, 3:9-54, 17:12-25, 19:19-63, 20: Table 1, 21:39-22:11, 22: Table 5, 22:64-67, All claims; '464 patent at Abstract, 1:24-50, 2:6-51, 3:13-58, 17:15-28, 19:12-67, 20: Table 1, 21:45-22:17, 22:Table 5, 22:67-23:4, All claims; January 4, 2008 original application for U.S. Application No. 11/969,385; June 17, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-9; June 17, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; March 25, 2009 Amendment and Response in U.S. Application No. 11/969,385 at 7-10; March 25, 2009 Decl. of Michael E. Besse Under 37 C.F.R. § 1.132 in U.S. Application No. 11/969,385; July 8, 2010 original application for U.S. Application No. 12/832,201; January 31, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 7-9; August 18, 2011 Amendment and Response in U.S. Application No. 12/832,201 at 6-11; February 14, 2012 original application for U.S. Application No. 13/372,560. | A detergent composition solidified by ash hydration, not pressing a particulate mixture together.<br><br>Ash hydration in this context is where water, sodium carbonate and a polycarboxylic acid polymer interact to form a stable solid composition.<br><br>**Intrinsic Evidence**<br><br>**Specification**: 138 Patent: Abstract; 138 Patent: Col 1, lines 14-62; Col. 1, line 65 to Col. 2, line 55; Col. 3, line 9 to Col. 4, line 35; Col. 4, line 55 to Col. 5, line 24; Col. 16, line 47 to Col. 19, line 5; Col. 19, line 36 to Col. 23, line 67<br>**File History App. No. 11/969,385 (576 Patent):** Office Action dated 08/19/2008; Amendment/Remarks dated 10/21/2008; Office Action dated 01/30/2009; Amendment/Remarks dated 03/25/2009; First Besse Declaration dated 03/16/2009; Response to Arguments dated 04/13/2009; Amendment/Remarks dated 06/17/2009; Second Besse Declaration date 06/17/2009; Office Action dated 09/04/2009; Amendment/Remarks dated |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | 02/04/2010; Third Besse Declaration dated 02/04/2010; Notice of Allowability dated 03/18/2010; 576 Patent as issued **File History App. No. 12/832,201 (138 Patent)**: Office Action dated 10/29/2010; Amendment/Remarks dated 01/31/2011; Office Action dated 04/18/2011; Amendment/Remarks dated 08/18/2011; Terminal Disclaimer dated 08/18/2011; Examiner-Initiated Interview Summary of interview on 10/20/2011; Notice of Allowability dated 11/15/2011; Examiner's Amendment dated 12/21/2011 **File History App. No. 13/372,560 (464 Patent)**: Office Action dated 07/16/2012; Response to Office Action dated 10/04/2012; Notice of Allowability dated 11/15/2012; Amendment dated 11/27/2012 **File History App. No. 13/734,204 (956 Patent)**: Amendment/Remarks dated 03/22/2013; Office Action dated 01/06/2014; Amendment/Remarks dated 04/04/2014; Notice of Allowance dated 07/07/2014 with Examiner- Initiated Interview summary of interview on 06/25/2014, Notice of Allowability, and |

**EXHIBIT A**

| Joint Claim Construction Chart for U.S. Patent No. 8,389,464 | | | |
|---|---|---|---|
| Claims at Issue | Claim Term/Phrase | Plaintiffs' Proposed Constructions and Intrinsic Evidence[6, 7] | Defendant's Proposed Constructions and Intrinsic Evidence[8] |
| | | | Examiner's Amendment; Notice of Allowance dated 10/14/2014 with Examiner's Amendment and Notice of Allowability; 956 Patent as issued **Foreign Counterparts and File Histories**: AU 2013371371: Patent Examination Report No. 1 dated 09/14/2016, Response/Amendment dated 01/11/2017; EP 08869481 (WO 2009/087540): Search Report/Remarks dated 06/29/2012, Supplementary Search Report/Remarks dated 07/17/2012, First Response to Supplementary Search Report/Remarks dated 01/11/2013, Second Response to Supplementary Search Report/Remarks dated 01/22/2013 |